# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* § § § | |
| **v.** § § | Case No. 1:23-cr-00218-RP-11 |
| **SORELI MARIBEL MARTINEZ-MARQUEZ (11),** *Defendant* § § | |

### Order on Motion for Appointment of Counsel

Now before the Court is Defendant Soreli Maribel Martinez-Marquez's Motion to Appoint Counsel, filed April 16, 2024 (Dkt. 324).[1]

On May 6, 2024, the Court held a hearing on the Motion, during which court-appointed counsel Hector Del Toro agreed that the interests of justice would be served by appointing another attorney to represent Defendant in whom she has confidence. Having considered the Motion and statements by Defendant and Mr. Del Toro during the hearing, this Magistrate Judge finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Appoint Counsel (Dkts. 324) is **GRANTED**. Hector Del Toro is hereby **WITHDRAWN** and, consistent with the Court's Order Regarding Financial Status (Dkt. 288), **Jorge Vela #24077818** is hereby **APPOINTED** as Defendant's counsel of record. **IT IS FURTHER ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on May 6, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred the Motion to this Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure (Dkt. 325).